AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-25 |
| KYLE MLYNAREK | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date 1/27/2023 |
|  | ) Description: Complaint with Arrest Warrant |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KYLE MLYNAREK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

KYLE MLYNAREK Charges:
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 01/27/2023

Judge's signature: [signed] 2023.01.27 11:27:20 -05'00'

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on *(date)* 01-30-2023, and the person was arrested on *(date)* 02-01-2023
at *(city and state)* Retford, Michigan.

Date: 02-01-23

Arresting officer's signature: [signed] Martin Shermetaro

Martin Shermetaro, Special Agent
Printed name and title