AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| KYLE MLYNAREK | ) Case: 1:23-mj-25 |
|  | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date 1/27/2023 |
|  | ) Description: Complaint with Arrest Warrant |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **KYLE MLYNAREK**                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

KYLE MLYNAREK Charges:
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   01/27/2023                             _____[signature]_____ 2023.01.27 11:27:20 -05'00'
                                                                             Judge's signature

City and state:   Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
                                                                             Printed name and title

---

**Return**

This warrant was received on *(date)*   01-30-2023  , and the person was arrested on *(date)*   02-01-2023
at *(city and state)*   Retford, Michigan   .

Date:   02-01-23                              _____[signature]_____
                                                                             Arresting officer's signature

                                                                             Martin Shermetaro, Special Agent
                                                                             Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: KYLE MLYNAREK

Known aliases: 

Last known residence: 18351 Poinciana, Redford, MI

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 734-748-8837

Place of birth: 

Date of birth: 7/10/1995

Social Security number: 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

Height:      Weight: 

Sex:      Race: 

Hair:      Eyes: 

Scars, tattoos, other distinguishing marks: None

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency: Federal Bureau of Investigation

Investigative agency address: FBI Detroit Division, PV McNamara Federal Building, 477 Michigan Avenue, Detroit, MI 48226

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: