IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:23MJ025 |
| | : | |
| Plaintiff, | : | MAGISTRATE JUDGE ZIA M. FARUQUI |
| | : | |
| vs. | : | |
| | : | |
| KYLE MLYNAREK, et al., | : | **DEFENDANT'S AMENDED** |
| | : | **UNOPPOSED MOTION TO** |
| Defendant. | : | **CONTINUE PRELIMINARY HEARING** |
| | : | |

Defendant, Kyle Mlynarek, through counsel, respectfully moves this Honorable Court for a continuance of the preliminary hearing currently scheduled for February 16, 2023 until April 13, 2023 in order to join the status conference / preliminary hearing scheduled for defendant Ronald Balhorn. The requested continuance will give defense counsel the necessary time receive and review discovery, confer with Mr. Mlynarek, and prepare for the status conference and preliminary hearing. The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Mlynarek in a speedy trial. See 18 U.S.C. §3161(h)(7)(A).

Defense counsel has discussed this matter Assistant U.S. Attorney Stephen Rancourt. He stated that the government has no objection to this request.

For these reasons, Mr. Mlynarek requests that the Court grant this motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: darin_thompson@fd.org
