# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:23MJ025 (ZMF) |
| Plaintiff, | : | |
| vs. | : | |
| KYLE MLYNAREK, et al., | : | **NOTICE OF ATTORNEY APPEARANCE** |
| Defendant. | : | |

Undersigned counsel, Matthew Gay, enters a Notice of Appearance of Co-Counsel on behalf of the Defendant, Kyle Mlynarek, in the above-captioned case.  Please add Matthew Gay to the docket as co-counsel for Mr. Mlynarek.  Please forward all Court notifications, correspondence and pleadings to the address listed below.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928


*/s/ Matthew Gay*
MATTHEW GAY
Assistant Federal Public Defender
New York Bar:  5237409
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 (o); (216) 522-4321 (f)
matthew_gay@fd.org